■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE DUNLEAVY, Appellant.—Judgment, Supreme Court, New York County, rendered on April 22, 1974, order entered June 4, 1979, order entered on February 8, 1979, unanimously affirmed. Appeal from order entered on February 8, 1977, dismissed as abandoned. No opinion. Concur—Sandler, J. P., Ross, Markewich and Yesawich, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS WATTS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 15, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Markewich, Lupiano and Carro, JJ.